FANNY GOLDING, as Administratrix, etc., of ABRAHAM GOLDING, Deceased,

Respondent, v. The New York Central Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Jaycox, J., dissents.